ERIC GRANT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
Jul 01, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of:<br><br>The person of Trevon L. McDaniel; the residence located at 9835 Emerald Park Dr, Elk Grove, CA, 95624; and a white 2009 Jeep with CA license plate 6KGN305 | CASE NO. 2:26-sw-0584 JDP<br><br>SEALING ORDER<br><br>**UNDER SEAL** |

**SEALING ORDER**

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this court.

Dated: July 1, 2026

HONORABLE JEREMY D. PETERSON
U.S. MAGISTRATE JUDGE